ANTHONY R. SEGALL (CSB No. 101340)
E-Mail: asegall@rsglabor.com
MICHELE SHERER ANCHETA (CSB No. 192039)
E-Mail: mancheta@rsglabor.com
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone:  (626) 796-7555
Facsimile:   (626) 577-0124

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA LOCAL 831 EMPLOYER HEALTH FUND; SOUTHERN CALIFORNIA LOCAL 831 EMPLOYER PENSION FUND; and CALIFORNIA TRADESHOW AND SIGN CRAFTS JOINT TRAINING TRUST FUND OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 36,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PREMIER SIGN SERVICES, INC.; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 5:21-cv-2129<br><br>COMPLAINT FOR DELINQUENT TRUST FUND CONTRIBUTIONS<br><br>[29 U.S.C. §§ 185(a), 1132(a)(3) and 1145] |

Plaintiffs allege as follows:

**JURISDICTION AND VENUE**

1. This is an action for delinquent contributions due to employee benefit plans. Jurisdiction in this Court is based on §§ 502 and 515 of the Employee

1. Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132 and 1145, and under § 301 (a) of the Labor Management Relations Act of 1947 ("LMRA") 29 U.S.C. § 185(a).

2. Venue is proper in this Court pursuant to LMRA § 301(a), 29 U.S.C. § 185(a), in that this is the district where defendants do business and the plans are administered.

## PARTIES

3. Plaintiff Southern California Local 831 Employer Health Fund; Southern California Local 831 Employer Pension Fund; and California Tradeshow and Sign Crafts Joint Training Trust Fund of Painters and Allied Trades District Council 36 (collectively the "Funds") is, and was at all times material to this complaint, comprised of fiduciaries of employee benefit plans whose administration is jointly managed by representatives of employers and labor organizations and whose assets are held in trust by said representatives under the terms of § 302 of the LMRA, 29 U.S.C. § 186. The Trust Funds are "employee benefit plans" as that term is defined in ERISA § 3(3), 29 U.S.C. § 1002 (3) and within the meaning of ERISA § 515, 29 U.S.C. § 1145. The Funds are labor-management trust funds created and existing pursuant to collective bargaining agreements between a labor organization, Tradeshow and Sign Crafts Local 831 ("Local 831"), and employers in an industry affecting commerce.

4. Defendant, Premier Sign Services, Inc., ("Premier") is, and was at all times material to this action, a corporation organized and existing under the laws of the State of California and an employer engaged in interstate commerce and in an

///

"industry affecting commerce" as defined in LMRA § 301(a), 29 U.S.C. § 185(a), and in ERISA § 3(5); 29 U.S.C. § 1002(5).

5. Plaintiffs are informed and believe, and thereon allege that Premier designs, fabricates and manages exhibits.

6. Plaintiffs are ignorant of the true names and capacities of defendants sued herein as DOES 1 through 10, inclusive, and therefore sue these defendants by such fictitious names.

7. Plaintiffs are informed and believe, and thereon allege, that at all material times each of the defendants was the agent and/or employee of the remaining defendants and that each was acting within the course and scope of such agency and/or employment. To the extent that the conduct and omissions alleged herein were perpetrated by one or more defendants, the remaining defendants confirmed and ratified such conduct and omissions.

## FACTUAL ALLEGATIONS
### [THE OBLIGATION TO MAKE BENEFIT CONTRIBUTIONS]

8. Premier is signed to a Collective Bargaining Agreement ("CBA") with Local 831. The Trust Funds have at all times been third party beneficiaries of the CBA. By execution of the CBA, Premier agreed to abide by the Trusts Agreement(s) governing the employee benefit plans.

9. The Trust Funds are labor-management trust funds created and existing pursuant to CBAs and Declarations of Trust ("Trust Agreements") executed and maintained between Tradeshow and Sign Crafts Local Union 831

("Local 831") and employers in an industry affecting commerce.  The Trust Funds are funded exclusively by contributions from participating employers. Under the CBAs and Trust Agreements, Employers are required to file monthly reports and pay employee benefit plan contributions to the Trust Funds.

10.   Plaintiff is informed and believes and thereon alleges that Premier Signs has failed to comply with the terms of the CBA, including but not limited to sections entitled Health and Dental Insurance; Pension; Training Trust Fund; Health Insurance, Pension and Training Trusts Delinquencies and Penalties; and General Provisions on Payment of Wages and Benefits.

11.   Plaintiffs have performed all conditions required of it under the agreement.

### FIRST CLAIM FOR RELIEF
### [FAILURE TO PAY CONTRIBUTIONS]

12.   Check stubs were submitted to the Trust Fund office for multiple employees showing unpaid contributions to the Local 831 Trust Funds.  A check stub audit was thereafter performed to review the amount claimed.

13.   The check stub audit revealed that Premier Signs did not pay contributions to employee, Angel Barajas, for the months of May 2015-October 2020 in the amount of $27,815.53.

14.   The check stub audit revealed that Premier Signs did not pay contributions to employee, Irving Loreto, for the months of April 2017 – July 2020 in the amount of $15,486.98.

15. The check stub audit revealed that Premier Signs did not pay contributions to employee, Gabriel Loreto, for the months of April 2018-September 2020 in the amount of $16,422.00.

16. The check stub audit revealed that Premier Signs did not pay contributions to employee, Joel San Despain, for the months of February 2021, March 2021 and June 2021 in the amount of $2,382.61.

17. In addition to the check stub audits, Premier had contribution shortages for July 2021 and September 2021 totaling $3,238.00.

18. Under the Collective Bargaining Agreement, the Trust Agreements and pursuant to ERISA § 502(g)(2), 29 U.S.C. § 1132(g)(2), plaintiffs are entitled to interest and liquidated damages on delinquent or unpaid contributions. Premier owes interest to the Trust Funds, for delinquencies since May 2015 in the amount of $20,296.66 and liquidated damages since May 2015 in the amount of $43,416.41.

19. Plaintiffs have incurred attorneys' fees and have been otherwise damaged by defendants' failure to pay all required monies.  Under the CBA and Trust Agreements, and pursuant to ERISA § 502(g)(2), 29 U.S.C. § 1132(g)(2), plaintiffs are entitled to be reimbursed for reasonable attorneys' fees and damages by Defendant.

WHEREFORE, plaintiffs seek judgment against Defendants as follows:
1. For delinquent contributions due;
2. For liquidated damages on all unpaid contributions;
3. For interest on all unpaid contributions;

4. For reasonable attorneys fees and costs incurred;

5. For such other and further relief as this Court deems proper.

DATED:     December 22, 2021          ANTHONY R. SEGALL
                                      MICHELE SHERER ANCHETA
                                      ROTHNER, SEGALL & GREENSTONE


                                      By:     /s/Michele Sherer Ancheta
                                              MICHELE SHERER ANCHETA
                                      Attorneys for Plaintiffs