JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN CALIFORNIA LOCAL 831 EMPLOYER HEALTH FUND; SOUTHERN CALIFORNIA LOCAL 831 EMPLOYER PENSION FUND; and CALIFORNIA TRADESHOW AND SIGN CRAFTS JOINT TRAINING TRUST FUND OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 36,

    Plaintiffs,

  v.

PREMIER SIGN SERVICES, INC.; and DOES 1-10,

    Defendants.

Case No. 5:21-cv-02129-JWH-SP

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 30] entered on or about May 8, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 29, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE